UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :     NOTICE OF INTENT
                                          TO FILE INFORMATION
     - v. -                         :     07 Mag. 588

LAWRENCE DAVIS,                     :
     a/k/a "Larry Davis,"
                                    :     JUDGE KAPLAN
                 Defendant.         :     07 CRIM 1023
------------------------------------x

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          October 25, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                         By:        _____
                                    CHRISTOPHER LAVIGNE
                                    Assistant United States Attorney

                                    AGREED AND CONSENTED TO:

                         By:        _____
                                    BRUCE LYONS
                                    Attorney for Lawrence Davis,
                                         a/k/a "Larry Davis"

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/07

TOTAL P.02