UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNTIED STATES OF AMERICA            07-CR-1023-KAPLAN

v.

LAWRENCE DAVIS,
 a/k/a "LARRY DAVIS,"

    Defendant.
_____/

## NOTICE OF CHANGE OF E-MAIL ADDRESS

COMES NOW undersigned counsel, BRUCE M. LYONS, ESQUIRE, and notifies the Court and counsel of record of a change in his e-mail address, and would state the following:

1. That the e-mail address of undersigned counsel was formerly lsweb@lyonssanders.com and/or blyons@lyonssanders.com.

2. That all future notices and communications should be sent to brucelyons@aol.com.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. Mail to the Office of the United States Attorney, One St. Andrews Plaza, New York, New York 10007 Facsimile No.: 212-637-

2611, this 16th day of November 2007.

                                                LYONS AND SANDERS CHARTERED  
                                                Attorney Defendant DAVIS  
                                                600 N.E. Third Avenue  
                                                Fort Lauderdale, Florida 33304  
                                                Telephone: 954-467-8700  
                                                Facsimile: 954-763-4856  
                                                E-mail   : brucelyons@aol.com

_____  
Bruce M. Lyons  
Florida Bar No.: 104975