USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - -x
                          :

UNITED STATES OF AMERICA     :

          - v. -         :      ORDER
                         :      07 Cr. 1023 (LAK)

LAWRENCE DAVIS,          :
    a/k/a "Larry Davis,"     :

              Defendant.   :

                          :
- - - - - - - - - - - - - - - - - - - -x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge James C. Francis on November 7, 2007;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
          November 40, 2007

                        _____
                        Hon. Lewis A. Kaplan
                        UNITED STATES DISTRICT JUDGE