UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**          CASE NO: 07-CR-1023 (LAK)

    Plaintiff,

vs.

**LAWRENCE DAVIS**

    Defendant.

_____/

### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, LAWRENCE DAVIS, by and through undersigned counsel, and moves for the entry of an Order by this Honorable Court granting the Defendant permission to travel, and as grounds therefore would state the following:

1. That the Defendant entered a plea in the above-styled cause on November 7, 2007, and is scheduled to be sentenced in this matter on February 6, 2008.

2. That the Defendant and his wife desire to travel to Huntington Beach, California on January 31, 2008 and return on February 4, 2008, as the birth of their second grandchild is anticipated during that time. A copy of the airline itinerary is attached hereto and made a part hereof.

3. That during said time the Defendant and his wife will be staying at the home of their children which address is 3346 Sparkler Drive, Huntington Beach, California 92649-1924, telephone: 714-840-0521, and the Defendant and his wife can also be reached by cell phone, 954-946-4643 and/or 954-303-5960.

4. That undersigned counsel has contacted Christopher Lavigne, Assistant United States Attorney and he has no objection to the granting of this Motion.

5. That undersigned counsel has attempted to contact Thomas E. Mixon, United States Probation Officer, regarding this Motion without success.

WHEREFORE Defendant respectfully prays this Honorable Court grant the relief sought herein

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk using CM/ECF and furnished to all counsel and parties of record as listed by by the Clerk this 16th day of January 2008.

LYONS AND SANDERS CHARTERED
Attorney for Defendant DAVIS
600 N. E. Third Avenue
Fort Lauderdale, Florida 33304

BY:/s/ _____
Bruce M. Lyons
Florida Bar No.: 104975

**Dee Avers**

**From:** sunglasslarry@aol.com
**Sent:** Tuesday, January 15, 2008 1:45 PM
**To:** bmlsec@lyonssanders.com
**Subject:** Fwd: Travel request

Sent 5 days ago

Best Regards
Larry

-----Original Message-----
From: sunglasslarry@aol.com
To: brucelyons@aol.com
Sent: Thu, 10 Jan 2008 12:13 pm
Subject: Travel request

To Whom it my Concern

United States Probation Office

| Carrier | Flight Number | Departing | | Arriving | | Booking Code |
|---|---|---|---|---|---|---|
| | | City | Date & Time | City | Time | |
| | 1121 | FT LAUDERDALE | THU 31JAN 3:40 PM | DALLAS FT WORTH | 5:55 PM | V |
| American Airlines | | Carol Davis | | Economy | Seat 26C | Food For Purchase |
| | | Larry Davis | | Economy | Seat 26B | Food For Purchase |
| | 751 | DALLAS FT WORTH | THU 31JAN 6:40 PM | SANTA ANA | 7:55 PM | V |
| American Airlines | | Carol Davis | | Economy | Seat 21A | Food For Purchase |
| | | Larry Davis | | Economy | Seat 21B | Food For Purchase |
| | 1328 | SANTA ANA | MON 04FEB 9:55 AM | DALLAS FT WORTH | 2:45 PM | S |
| American Airlines | | Carol Davis | | Economy | Seat 21E | Food For Purchase |
| | | Larry Davis | | Economy | Seat 21F | Food For Purchase |
| | 2034 | DALLAS FT WORTH | MON 04FEB 4:50 PM | FT LAUDERDALE | 8:25 PM | S |
| American Airlines | | Carol Davis | | Economy | Seat 23A | Food For Purchase |
| | | Larry Davis | | Economy | Seat 23B | Food For Purchase |

| PASSENGER | TICKET NUMBER | FARE-USD | TAX | TICKET TOTAL |
|---|---|---|---|---|
| CAROL DAVIS | 0012103751662 | 286.51 | 63.09 | 349.60 |
| LARRY DAVIS | 0012103751663 | 286.51 | 63.09 | 349.60 |
| Payment Type: Visa XXXXXXXXXXXX2273 | | | | Total: $699.20 |

The purpose of the Visit is to see Grand Child and family-Expecting mother due for second child around the time of our visit.

1/15/2008

We will be staying at our home in Huntington Beach

Can be reached at 954 946 4643  cell 954 303 5960

---

More new features than ever. Check out the new AOL Mail!

1/15/2008