UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          CASE NO: 07-CR-1023 (LAK)

    Plaintiff,
vs.

LAWRENCE DAVIS

    Defendant.
_____/

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, LAWRENCE DAVIS, by and through undersigned counsel, and moves for the entry of an Order by this Honorable Court granting the Defendant permission to travel, and as grounds therefore would state the following:

1. That the Defendant entered a plea in the above-styled cause on November 7, 2007.

2. That the Defendant and his wife desire to travel to Newport, Rhode Island, from June 26, 2008 through July 6, 2008.

3, Defendant and his wife will be traveling from Newport, Rhode Island, to Guilford, Connecticut, on June 26, 2008, to attend a wedding rehearsal dinner and Madison, Connecticut, to attend a wedding on June 27, 2008, to be followed by a reception in Saybrook, Connecticut.. A copy of the airline itinerary is attached hereto and made a part hereof.

3. That during said time the Defendant and his wife will be staying at their home at 551 Thames Street, Newport, Rhode Island 02840, and the Defendant and his wife can also be reached by cell phone, 954-303-5960 and/or 954-214-0012.

4. That undersigned counsel has contacted Christopher Lavigne, Assistant United States

Attorney and he has no objection to the granting of this Motion.

5. That undersigned counsel has attempted to contact Thomas E. Mixon, United States Probation Officer, regarding this Motion without success.

WHEREFORE Defendant respectfully prays this Honorable Court grant the relief sought herein

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the Clerk using CM/ECF and furnished to all counsel and parties of record as listed by the Clerk this 13th day of May 2008.

LYONS AND SANDERS CHARTERED
Attorney for Defendant DAVIS
600 N. E. Third Avenue
Fort Lauderdale, Florida 33304

BY:/s/
　　Bruce M. Lyons
　　Florida Bar No.: 104975