### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**                    CASE NO: 07-CR-1023 (LAK)

    Plaintiff,

vs.

**LAWRENCE DAVIS**

    Defendant.
_____/

### DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, LAWRENCE DAVIS, by and through undersigned counsel, and moves for the entry of an Order by this Honorable Court granting the Defendant permission to travel, and as grounds therefore would state the following:

1. That the Defendant entered a plea in the above-styled cause on November 7, 2007.

2. That the Defendant and his wife desire to travel to Huntington Beach, CA, from August 21, 2008 through August 27, 2008, to visit family.

3, Defendant and his wife will be at their home located at 3346 Sparkler Drive, Huntington Beach, CA 92649-1924, telephone 714-840-0521 and/or cell phone 954-303-5960.

4. That undersigned counsel has contacted Christopher Lavigne, Assistant United States Attorney and he has no objection to the granting of this Motion.

WHEREFORE Defendant respectfully prays this Honorable Court grant the relief sought herein

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the

Clerk using CM/ECF and furnished to all counsel and parties of record as listed by the Clerk this 30th day of July 2008.

                                        LYONS AND SANDERS CHARTERED
                                        Attorney for Defendant DAVIS
                                        600 N. E. Third Avenue
                                        Fort Lauderdale, Florida 33304

                                        BY:/s/_____
                                            Bruce M. Lyons
                                            Florida Bar No.: 104975