UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**          CASE NO: 07-CR-1023 (LAK)

    Plaintiff,

vs.

**LAWRENCE DAVIS**

    Defendant.

_____/

## DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL

COMES NOW the Defendant, LAWRENCE DAVIS, by and through undersigned counsel, and moves for the entry of an Order by this Honorable Court granting the Defendant permission to travel, and as grounds therefore would state the following:

1. That the Defendant entered a plea in the above-styled cause on November 7, 2007.

2. That the Defendant and his wife desire to travel to Vermont to visit their daughter from October 10th through October 13th, 2008.

3, Defendant and his wife will be at her home located at 14 Stone Drive, Colchester, Vermont 05446, her cell phone 336-416-2919 and/or cell phone 954-303-5960.

4. That undersigned counsel has contacted Christopher Lavigne, Assistant United States Attorney and he has no objection to the granting of this Motion.

WHEREFORE Defendant respectfully prays this Honorable Court grant the relief sought herein.

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed with the

1

Clerk using CM/ECF and furnished to all counsel and parties of record as listed by the Clerk this

<u>11th  day of September, 2008.</u>

                                      LYONS AND SANDERS CHARTERED
                                      Attorney for Defendant DAVIS
                                      600 N. E. Third Avenue
                                      Fort Lauderdale, Florida 33304

                                      BY:<u>/s/ Bruce M. Lyons                </u>
                                           Bruce M. Lyons
                                           Florida Bar No.: 104975